1022

[Nos. 42943-4-I; 42944-2-I.   Division One.   June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
PEELER, *Appellant*.

Appeals from a judgment of the Superior Court for King
County, No. 97-1-10279-7, Anthony P. Wartnik, J., entered
July 8, 1998. *Affirmed in part* and *reversed in part* by un-
published per curiam opinion.

[No. 42969-8-I.   Division One.   June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA LYNN
CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 97-1-01766-6, Joseph A. Thibodeau, J.,
entered June 24, 1998. *Reversed* by unpublished opinion
per Cox, J., concurred in by Grosse and Ellington, JJ.

[No. 43272-9-I.   Division One.   June 28, 1999.]

*In the Matter of the Marriage of* SAM ROTER, *Appellant,*
and LAUREEN L. ROTER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-3-05935-0, Richard D. Eadie, J., entered
March 6 and August 5 and 17, 1998. *Affirmed in part* and
*reversed in part* by unpublished opinion per Cox, J.,
concurred in by Coleman and Grosse, JJ.

[No. 43689-9-I.   Division One.   June 28, 1999.]

WILBERT DARLING HILL, ET AL., *Appellants*, v. JAWANDA
TRANSPORT LTD. ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for What-
com County, No. 98-2-01042-4, David A. Nichols, J., entered
October 30, 1998. *Affirmed* by unpublished opinion per
Agid, A.C.J., concurred in by Coleman and Webster, JJ.
Now published at 96 Wn. App. 537.